NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JASON WAYNE PEARSON, DOC#S06086,)
                                )
        Appellant,            )
                                )
v.                              )      Case No. 2D17-4144
                                )
STATE OF FLORIDA,          )
                                )
        Appellee.          )
_____)

Opinion filed June 22, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
DeSoto County; Don T. Hall, Judge.

Jason Wayne Pearson, pro se.

PER CURIAM.

        Affirmed.

KELLY, MORRIS, and SALARIO, JJ., Concur.